FILED

08 APR -2 AM 8:22

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

**08 CR 0992 H** ——

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| RUBEN RODRIGUEZ, ) aka Jose Luis Olivares, ) aka Jose L. Oliveras, ) aka Joselius Beltran Alvarez, ) aka Tony Wetmore, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 13, 2008, within the Southern District of California, defendant RUBEN RODRIGUEZ, aka Jose Luis Olivares, aka Jose L. Oliveras, aka Joselius Beltran Alvarez, aka Tony Wetmore, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

WDK:nlv(2):San Diego
4/1/08

1  border from Mexico into the United States, that was a substantial step

2  toward committing the offense, all in violation of Title 8, United

3  States Code, Sections 1326(a) and (b).

4        It is further alleged that defendant RUBEN RODRIGUEZ, aka Jose

5  Luis Olivares, aka Jose L. Oliveras, aka Joselius Beltran Alvarez,

6  aka Tony Wetmore, was removed from the United States subsequent to

7  June 17, 2003.

8        DATED: April 1, 2008.

9                                         A TRUE BILL:

10

11                                         _____
                                           Foreperson

12

   KAREN P. HEWITT
13 United States Attorney

14

15 By: _____
       DOUGLAS KEEHN
16     Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28