AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Ruben Rodriguez
aka Jose Luis Olivares, aka Jose L. Oliveras,
aka Joselius Beltran Alvarez, aka Tony Wetmore

**WARRANT FOR ARREST**

CASE NUMBER: 08cr922-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Ruben Rodriguez
aka Jose Luis Olivares, aka Jose L. Oliveras,
aka Joselius Beltran Alvarez, aka Tony Wetmore

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1326(a) and (b) - Attempted Entry After Deportation

In violation of Title    See Above    United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/ C. Puttmann
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

04/02/08   San Diego, California
Date and Location

Bail fixed at $   No-Bail   by   The Honorable Anthony J. Battaglia
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | DATE ARRESTED 4/3/08 BY CRio CBP Enforcement | |
| DATE OF ARREST | STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA BY CBP/TMS | |

CLASS II 'J'                                                           0301

04-03-2008 04:52pm From-ICE DRO SND Case 3:08-cr-00992-H Document 4 Filed 04/07/2008 619-557-7790 Page 2 of 2 T-538 P.001/001 F-274

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Ruben Rodriguez
aka Jose Luis Olivares, aka Jose L. Oliveras,
aka Joselius Beltran Alvarez, aka Tony Wetmore

**WARRANT FOR ARREST**

CASE NUMBER: 08cr992 H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Ruben Rodriguez
aka Jose Luis Olivares, aka Jose L. Oliveras,
aka Joselius Beltran Alvarez, aka Tony Wetmore

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1326(a) and (b) - Attempted Entry After Deportation

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/ C. Puttmann
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

04/02/08  San Diego, California
Date and Location

Bail fixed at $ ___No-Bail___ by ___The Honorable Anthony J. Battaglia___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Currently at MCC_ | | |
| DATE RECEIVED 04/03/08 | NAME AND TITLE OF ARRESTING OFFICER Claudia Rios CBP Enforcement officer | SIGNATURE OF ARRESTING OFFICER Claudia Rios |
| DATE OF ARREST 04/03/08 | | |