1  **VICTOR N. PIPPINS**
California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  (**HONORABLE MARILYN L. HUFF**)

11  UNITED STATES OF AMERICA,        )    CASE NO. 08CR0992-H
                                     )
12           Plaintiff,              )
                                     )
13  v.                               )    **NOTICE OF APPEARANCE**
                                     )
14  RUBEN RODRIGUEZ, aka             )
    Jose Luis Olivares,              )
15                                   )
             Defendant.              )
16                                   )

17  _____

18

19          Pursuant to implementation of the CM/EMF procedures in the Southern District of

20  California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

    attorney in the above-captioned case.
21

22                                   Respectfully submitted,

23

    Dated: April 8, 2008             */s/ Victor N. Pippins*
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
25                                   Victor_Pippins@fd.org

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2    Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4    Courtesy Copy to Chambers

5    Copy to Assistant U.S. Attorney via ECF NEF

6    Copy to Defendant

7

8 Dated:  April 8, 2008                     /s/ *Victor N. Pippins*
                                            Federal Defenders of San Diego, Inc.
9                                           225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
10                                          (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
11                                          Victor_Pippins@fd.org email

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28