```
 1   KAREN P. HEWITT
     United States Attorney
 2   PAUL S. COOK
     Assistant U.S. Attorney
 3   California State Bar No. 79010
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619)557-5687/(619)235-2757(Fax)
     Email: paul.cook@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0992-H |
| 11 | Plaintiff, ) | |
| 12 | v. ) | NOTICE OF APPEARANCE |
| 13 | RUBEN RODRIGUEZ, ) | |
|    | aka Jose Luis Olivares, ) | |
| 14 | aka Jose L. Oliveras, ) | |
|    | aka Joselius Beltran Alvarez,) | |
| 15 | aka Tony Wetmore, ) | |
| 16 | Defendant. ) | |
| 17 | | |

18  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19      I, the undersigned attorney, enter my appearance as lead

20  counsel in the above-captioned case.  I certify that I am

21  admitted to practice in this court or authorized to practice under

22  CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to

24  practice in this court or authorized to practice under CivLR

25  83.3.c.3-4) are also associated with this case, should be listed

26  as lead counsel for CM/ECF purposes, and should receive <u>all</u>

27  Notices of Electronic Filings relating to activity in this case:

28      <u>Name</u> - "None"

1   Effective this date, <u>the following attorneys are no longer
2   associated with this case</u> and should <u>not</u> receive any further
3   Notices of Electronic Filings relating to activity in this case
4   (if the generic "U.S. Attorney CR" is still listed as active in
5   this case in CM/ECF, please terminate this association):
6                       Douglas Keehn
7       Please call me if you have any questions about this notice.
8       DATED: April 10, 2008.
9                                   Respectfully submitted,
10                                  KAREN P. HEWITT
                                    United States Attorney
11
12                                  <u>s/Paul S. Cook</u>
                                    PAUL S. COOK
13                                  Assistant United States Attorney
                                    Attorney for Plaintiff
14                                  United States of America
                                    Email: paul.cook@usdoj.gov
15

2

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   | UNITED STATES DISTRICT COURT |     |
| 3   | SOUTHERN DISTRICT OF CALIFORNIA |     |

```
UNITED STATES OF AMERICA,      )    Case No. 08cr0992-H
                               )
              Plaintiff,       )
                               )
         v.                    )
                               )    CERTIFICATE OF SERVICE
RUBEN RODRIGUEZ,               )
   aka Jose Luis Olivares,     )
   aka Jose L. Oliveras,       )
   aka Joselius Beltran        )
      Alvarez,                 )
   aka Tony Wetmore,           )
                               )
              Defendant.       )
_____)
```

IT IS HEREBY CERTIFIED THAT:

   I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                        Victor N. Pippins
                        Victor_Pippins@fd.org

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

                           None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

//

//

//

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008.

                                        s/Paul S. Cook
                                        PAUL S. COOK