**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
E-mail: victor_pippins@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0992-H |
| | ) | |
| Plaintiff, | ) | Date: May 12, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTION AND** |
| **RUBEN RODRIGUEZ** | ) | **MOTIONS TO:** |
| | ) | |
| Defendant. | ) | **1) COMPEL DISCOVERY** |
| | ) | **2) FILE ADDITIONAL MOTIONS** |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY
       PAUL S. COOK, ASSISTANT UNITED STATES ATTORNEY

       **PLEASE TAKE NOTICE** that on May 12, 2008, or as soon thereafter as counsel may be heard,

Ruben Rodriguez, by and through his counsel, Victor N. Pippins and Federal Defenders of San Diego, Inc.,

will ask this Court to enter and order granting Mr. Rodriguez's motions in the above listed case.

//

//

//

//

//

//

//

1

**<u>MOTION</u>**

2    Ruben Rodriguez, by and through his attorneys, Victor N. Pippins, and Federal Defenders of San

3 Diego, Inc.,  hereby moves this Court to grant the following motions.

4    These motions are based upon the instant motion and notice of motion, the attached statements of

5 facts and memorandum of points and authorities, and any and all other materials that may come to this Court's

6 attention at the time of the hearing on this motion.

7                                Respectfully submitted,

8

9 Dated: May 1, 2008                     /s/ Victor N. Pippins
                                        **VICTOR N. PIPPINS**
10                                       Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Rodriguez
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **VICTOR N. PIPPINS**
California State Bar No. 251953
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | Email: Victor_Pippins@fd.org

5 | Attorneys for Mr. Rodriguez

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,                )   Case No.: 08CR0992-H
                                                        )   Date:   May 12, 2008
12 |                            Plaintiff,               )   Time:  2:00 p.m.
                                                        )
13 | v.                                                 )   **CERTIFICATE OF SERVICE**
                                                        )
14 | **RUBEN RODRIGUEZ,**                   )
                                                        )
15 |                                                    )
                            Defendant.             )
16 |                                                    )
                                                        )
17 | _____ )

18 |

19 |          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

20 | his information and belief, and that a copy of the foregoing document has been served this day upon:

21 |          **Paul S. Cook**
          paul.cook@usdoj.gov,esmeralda.diaz@usdoj.gov,efile.dkt.gc1@usdoj.gov

22 |

23 |                                    Respectfully submitted,

24 |

25 | DATED:     May 1, 2008           */s/ Victor N. Pippins*_____

26 |                                    **VICTOR N. PIPPINS**

27 |                                    Federal Defenders of San Diego, Inc.

      |                                    Attorneys for Mr. Rodriguez

28 |