08CR0992-H
USA
Ruben Rodriguez
Deft's Motion to
Quash Case-in-Chief

United State District Court
Southern District Of California
Su Señoria
Marilyn J. Huff

| | | |
|---|---|---|
| Tony Wetmore<br>Rodriguez Ruben } Aka etc.,<br>Jose Luis Olivaras<br>Johnny W.<br>vs.<br>plaintiff<br>Karen P. Hewitt<br>Assistant<br>Paul S. Cook | Case # 08-CR-0992-H<br>United State<br>Constitution<br>"Impugn"<br>Statement of fact<br>Supporting Motion | Supreme Court Rule<br>12(b)(2) Demurre<br>Voir-Dire<br>Motion to Quash<br>Case in Chief |

pro Se

it's
true that the information written on plaintiff of U.S. Attorney
(Case in Chief) it is incorrect; therefore it Bring Amen:
first (I) of the Const. which translate to follow:
No One Shall preach the wrong information on Affiants
it's like telling The people of The United State of America
on a Gazett "reciving" information — it's unaceptable
the Existence of the document Shall be terminated

Complain is unable to determind Whether:
Tony Wetmore, Rodriguez Ruben, Jose Luis Olivaras is Responsible
The Continuance of indictment its prejudice on the face
of the law — Dismisal its Afirmative by U.S. Attorney.

The Discovery Acquired by U.S. Attorney in due deligency,
it's Erroneous, it Violates (V) Amen. where Reads:
No One Shall be Held to Answer for an infamous Crime

A

in full Acknowledgement of:
The Declaration of the Right of Men & of Citizen 1789
Bill of Right 1689 United State Constitution 1776
(Union) All of U.S. =ty (communs)

Respect
it's not Earn it, it Given & preserved on a Daily Basis with
Discipline Around Each-Other e.g.
Do into Other As you want them to Do onto you
Since the Contribution by Some individuals it has been
Deficient I hereby profess I Do not Acquaintance
With Cowards; Either Any with persons that Do not have
Dignity to Confront Impugn Such Reduction of Man it's
Unacceptable by All means to be Right is to be Wrong  *visa-versa*
I hope
When the law of the Nation be Better Understood here then
We Can Obtain from fairnity & Equality Before the law &
Mainly on the Eye of Each Other with Respect that we ought
To preserve in Order to All-ways keep Our face up & look
At Every One Square in the Eye & Saith
This is What I Stand for
in full Acknowledgement & Respect to Every One that has
have Sacrifice their life to Bestow All of U.S. With Such
Right
    the protection of life & liberty
in Order for a person to be able to pursuit Happiness in the
promise land (founder fathers Creed) Everything that is Evil
Shall not be Allow to Exist Restoration of Respect it's hereby
Sough here Efective Remedy Shall be Render by the Competent
of law &. in Bonafide to Everyone that Makes this
Nation E pluribus Unum full faith here-with
written on: Aug Twenty-four of two thousand & Eight

Which in My Case
US Attorney is Compelling Defendant to Answer for a Crime
That I do not have Any Knowledge of:
plaintiff lack of jurisdiction Over the person (Edict F.R.C.P. 12(b)(2))

¡Attention!
if US Attorney Deny Motion by Objecting
be Advice: Art iii §ii cl ii off to 28 U.S.C. §1251 q.v. (Note: not an Amend.)
This Document is hereby Written with the Acknowledgement
of Our Const. year of Our Lord July iv of 1776 i.e.
        (John Hancock president William Jackson Secretary)
To Respect Our Const W/o Distinction of Any Kind:
Race, Sex, language, Religion, political or Other Opinion, National or
Social Origin, place of Birth or Status property. (Univ. Decl. of Human
Right 1948) it's a Duty of Everyone Who is Governed by.

forth This Document to the juridical Branch Who Brought
Class Action Against
With Respect — I Ask to be Acknowledge

in Full faith Summited; (Herewith Edict)
      Written on:
        August Eighteenth of Tow Thousand & Eight
by
    the (V) Amen, & title 5 U.S.C. §552 (b)(7)(c) 3th partie privacy Act
Reserve the Right of Revealing identification

        Sincerely
        Johnny W.,

Su Señoria
Marilyn L. Huff

| Johnny W. | Case # 08-CR-0992-H |
| vs | data Aug. 18 of 2008 |
| plaintiff | Certificate of Service |
| Karen P. Hewitt | |

in pro Se

Defendant

I declare under penalty of perjury:
(Title 18 USC §1621  Title 28 USC §1746 & Respective Rules et. al.)
(28 USC § 951, §453, & Supreme Court Rule 55,
Entering of Record(s))
Affirm the Verification of Each Statement on Each of the
Documents A, B, C to be True & Correct
Executed to the Best of My Knowledge.

So there, a Copy Shall be Surrender to
Karen P. Hewitt or any one With the Authority
in Re Case # 08-CR-0992-H
Thank you
Affiant Written on
August Eighteenth of Two Thousand & Eight

Respectfully
Johnny W.